JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELL FRIERSON, <br>     Petitioner, <br>   vs. <br> ERIC ARNOLD, Warden, California State Prison at San Quentin, <br>     Respondent. | Case No.: CV 16-1139 DDP <br><br> JUDGMENT |

    For the reasons set forth in the Order Denying and Dismissing Petition for Writ of Habeas Corpus, Petitioner Lavell Frierson's Petition for Writ for Habeas Corpus, filed on February 18, 2016 is DENIED and DISMISSED with prejudice. Further, because Petitioner has not made a substantial showing of the denial of a constitutional right, the Court on its own motion declines to issue a certificate of appealability.

    Further, because Petitioner has been perseverative in his efforts to have the federal courts reconsider claims, arguments, and facts long ago resolved in his case, though the Court has sought to explain to him why he is without the right or ability to do so, the Court orders that Petitioner be subject to the Pre-Filing Review

1  Order issued simultaneously with this Judgment and the Order Denying and
2  Dismissing the Petition for Writ of Habeas Corpus .
3      This order constitutes final disposition of the petition by the Court.
4
5
6  **IT IS SO ORDERED**.      Dated this 1st day of February 2017

                                DEAN D. PREGERSON
                            UNITED STATES DISTRICT JUDGE